IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice:  November 28, 2011 |
| vs. | : | |
| | : | CRIMINAL NO.:  10-724 |

ROBERT STINSON, JR. #02584-015
FDC - Philadelphia
P. O. Box 562
Philadelphia, PA  19105

**SENTENCING NOTICE**

**(Continued from 12/13/11)**

   **TAKE NOTICE** that the above-entitled case has been set for **SENTENCING**, in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **March 21, 2012 at 2:00 p.m.,** before the Honorable Michael M. Baylson.  **Courtroom 3A.**

   All defendants are directed to report to the courtroom on the date and time stated above. If a defendant fails to appear as directed, the bail may be forfeited and a bench warrant issued.

   If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

   Federal Rule of Criminal Procedure 32(b) and Local Rule of Criminal Procedure 32.3 shall govern the preparation of presentence reports.  **Counsel may file a Sentencing Memoranda NO LATER THAN 24 HOURS PRIOR to the date of the Sentencing Hearing and shall serve a copy to Chambers, via the Clerk's Office or Fax 267-299-7528, and to the probation officer when the original is filed.**

   **All Motions/Requests for a continuance of sentencing may be submitted by letter.**

          Very truly yours,

                        /s/
          Joanne B. Bryson
          Deputy Clerk to Judge Michael M. Baylson
          267-299-7571
          267-299-7528  (Fax)

Notice to:  Defendant (US Mail)
       Stuart Patchen, Defense Counsel (email)
       David Axelrod, AUSA (Email)
       U.S. Marshal (Email)
       Probation Office(Email)
       Pretrial Services (Email)
       Larry Bowman (Email)

[] INTERPRETER REQUIRED

O:\JOANNE\SENTENCING.NOTICES\10\10-724.wpd